UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>LAVERNE MARIE LAFARGE<br>        Debtor<br>Plaintiff<br>LAVERNE MARIE LAFARGE<br><br>vs.<br><br>Defendant<br>LARS ERIC OSTLING d/b/a<br>OSTLING & ASSOCIATES | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 08-71352<br>)  Chapter 13<br>)<br>)<br>)  Adversary Proceeding No. _____<br>)<br>)<br>)<br>) |

## MOTION TO AVOID DISPUTED LIEN

NOW COMES the Debtor, LAVERNE MARIE LAFARGE, by her Attorney FRANK E. HOFFMAN, who states as follows:

1. The Plaintiff is a resident of McLean County, Illinois. The business address of the Defendant is as follows: Ostling & Associates, 201 W. Olive St., Bloomington, IL 61701.

2. This Court has jurisdiction of this matter pursuant to the provisions of 28 U.S.C. sec 1334 and 157 (i) and (j). This is a core proceeding.

3. The debtor is the owner of the following real estate which is commonly known as 15491 E. 525 N. Rd, Heyworth, Illinois 61745, that she resides in. Said property is legally described per the attached legal description to this Motion.

4. On or about January 16, 2007, the Debtor consulted with a law office known as Ostling & Associates at 201 West Olive St. in Bloomington, Illinois 61701 regarding a foreclosure case involving her personal residence that was filed by National City Mortgage. Said law office is owned and operated by Attorney Lars Eric Ostling.

5. Attorney Ostling requested the Debtor to sign various documents in order for his firm to represent her. She did not know that she was signing a mortgage that was

secured by her residence. She does not recollect receiving any copies of the documents she was requested to sign. A mortgage dated January 16, 2007 executed by LAVERNE MARIE LAFARGE, and given to Lars Eric Ostling to secure a note in the amount of $10,000.00 and such other sums as provided therein was recorded in the McLean County Illinois Recorder of Deeds as document No. 2007-9512.

6. Said law firm filed an Answer and a Motion in said foreclosure case which is Cause No. 06 CH 440 in the Circuit Court of McLean County, Illinois. The Debtor dismissed said firms services on November 30 2007.

7. The Debtor never received a 3 day Notice to Rescind (per Federal Regulation 2) the alleged mortgage she signed (per Federal Regulation 15 U.S.C. section 1635(a); Regulation 2, 12 C.F.R. Section 226.15(a), 226.23(a). Therefore it is void per Federal law.

8. The Debtor never received any billing statement for any services rendered by the Creditor, even though a request was made for a statement. There was insufficient consideration in services performed to justify a $10,000 mortgage lien being recorded against the Debtor's residence.

WHEREFORE, the Debtor requests the Court to enter an Order voiding the Disputed Mortgage Lien that was recorded and to grant such other relief as deemed just.

DATE: 3-19-2009

LAVERNE MARIE LAFARGE

FRANK HOFFMAN, Debtor's Attorney

FRANK HOFFMAN
Attorney at Law
ARDC # 03127196
401 N. Main
Bloomington, IL 61701
(309) 827-7667

Lot 9 on the proprietor's Subdivision of the Southwest 1/4 of Section 15, Township 22 North, Range 2 East of the Third Principal Meridian, according to the plat thereof, recorded in Plat Book 2, Page 470, and a part of the Southwest 1/4 of the Southeast 1/4 of Section 15, Township 22 North, Range 2 East of the Third Principal Meridian, more fully described as follows: Commencing 1498 feet South of the Center of said Section 15, thence West 697 feet to the Northwest corner of said Lot 9, thence South 1175-1/2 feet to the Southwest corner of said Lot 9, thence East along the Section line 843 feet to the center of the public road, thence Northwesterly along center of said public road 558 feet, thence West 89 feet to the center line of Section 15, thence North along the center line of said Section 621 feet to the point of beginning, all situated in the County of Mc Lean, the State of Illinois,

Commonly known as 15491 East 525 North Road, Heyworth, Illinois 61745
Tax Identification Number 25-28-15-378-002