**IT IS SO ORDERED.**


**SIGNED THIS: June 08, 2009**


_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**
_____




IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LAVERNE MARIE LAFARGE | ) | |
|     Debtor | ) | Bankruptcy Case No. 08-71352 |
| | ) | |
| LAVERNE MARIE LAFARGE | ) | |
|     Plaintiff | ) | |
| | ) | Adversary Proceeding No. 09-07031 |
| Vs. | ) | |
| | ) | |
| LARS ERIC OSTLING d/b/a | ) | |
| OSTLING AND ASSOCIATES | ) | |
|     Defendant | ) | |

<u>DEFAULT ORDER VOIDING LIEN</u>

THIS MATTER comes before the Court concerning a Motion filed by the Debtor

to void a disputed mortgage lien. The Court finds that the Defendant, LARS ERIC

OSTLING d/b/a Ostling and Associates has not filed a Motion or Answer to said Motion

within the time period for doing so per the Summons served upon him. A judgment by

default in this matter should be entered for the relief demanded in said Motion.

It is THEREFORE ORDERED that the disputed Mortgage document dated

January 16, 2007 and recorded in the McLean County Illinois Recorder of Deed as

Document 2007-9512 pertaining to the following described real estate is voided: Legal

description:

Lot 9 on the proprietor's Subdivision of the Southwest 1/4 of Section 15, Township 22
North, Range 2 East of the Third Principal Meridian according to the plat thereof,
recorded in Plat Book 2, Page 470 and a part of the Southwest 1/4 of the South east 1/4
section 15, Township 22 North, Range 2 East of the Third Principal Meridian more fully
described as follows: Commencing 1498 feet South of the Center of said Section 15,
thence West 697 feet to the Northwest corner of said Lot 9, thence South 1175-1/2 feet to
the Southwest corner of said Lot 9 thence East along the Section line 843 feet to the
center of the public road, thence Northwesterly along center of said public road 558 feet,
thence West 89 feet to the center line of Section 15, thence North along the center line of
said Section 621 feet to the point of beginning all situated in the County of McLean, the
State of Illinois.

Which is commonly described as "15491 East North Rd., Heyworth, Illinois 61745. Tax
Identification Number: 25-28-15-278-002".